**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Lamonica Kaye Anderson<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–4508<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Northern District of Texas | |
| Case number: | 22-40819-mxm7 | |

# Order of Discharge 12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Lamonica Kaye Anderson
aka Lamonica Kaye Hardwell, aka Lamonica Kaye Earl

7/20/22

**By the court:** Mark X. Mullin
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318   **Order of Discharge**   page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Northern District of Texas

In re:  
Lamonica Kaye Anderson  
    Debtor

Case No. 22-40819-mxm  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0539-4      User: admin      Page 1 of 2  
Date Rcvd: Jul 21, 2022      Form ID: 318      Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lamonica Kaye Anderson, 9001 Markville Dr, Apt. 1711, Dallas, TX 75243-9375 |
| 19689726 | | Albert, 340 S. Lemon Ave #3801, Walnut, CA 91789-2706 |
| 19650095 | + | Canary Smart Home Security, 26 Broadway Fl. 22, New York, NY 10004-1808 |
| 19650099 | + | Dudco Financial Warranty, PO Box 321067, Detroit, MI 48232-1067 |
| 19650102 | + | Mahwa Finance, 107 S. First St. Ste B, Garland, Texas 75040-7219 |
| 19650103 | | National Educational Acceptance Corp., PO Box 410318, St. Louise, MI 63141-0318 |
| 19650105 | + | Revco Solutions, Credit First National Association, 7011 A.C. Skinner Parkway, Ste 170, Jacksonville, Fl 32256-6953 |
| 19650108 | + | Texas Health Resources, PO Box 8549, Fort Worth, Texas 76124-0549 |
| 19650109 | + | Texas Medical Resources, PO Box 9168, Coral Springs, FL 33075-9168 |
| 19650110 | + | The Dallas Dating Company, 14180 Dallas Pkwy #110, Dallas, Texas 75254-4341 |
| 19650111 | + | The Pavilion Apartments, Bel Pebble View, LLC, 9001 Markville Dr., Dallas, Texas 75243-3539 |
| 19650112 | | Uncle Warbucks, PO Box 1469, Quebec, Canada JO1 1 BO |
| 19650113 | | Uprova, 635 East Hwy 20 V, Upper Lake, CA 95485 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 19650096 | + | Email/Text: ebnnotifications@creditacceptance.com | Jul 21 2022 21:41:00 | Credit Acceptance, PO Box 551888, Detroit, MI 48255-1888 |
| 19650097 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 21 2022 21:48:50 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 19650100 | | EDI: IRS.COM | Jul 22 2022 01:38:00 | Internal Revenue Service Center, PO Box 7346, Philadelphia, PA 19101-7346 |
| 19650101 | | Email/Text: customerservice.us@klarna.com | Jul 21 2022 21:41:00 | Klarna, 629 N. High St., Ste 300, Columbus, OH 43215 |
| 19650104 | + | Email/Text: payments@powerfinancetexas.com | Jul 21 2022 21:41:00 | Power Finance Texas, 8500 N. Stemmons Fwy, Ste 4040, Dallas, Texas 75247-3809 |
| 19689727 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Jul 21 2022 21:41:00 | Sezzle, 251 1st Ave N. Ste 200, Minneapolis, MN 55401 |
| 19650106 | | Email/Text: enotifications@santanderconsumerusa.com | Jul 21 2022 21:41:00 | Santander Consumer USA, PO Box 660633, Dallas, TX 75266-0633 |
| 19650107 | + | EDI: TEXASHEALTH.COM | Jul 22 2022 01:38:00 | Texas Health Resources, 500 E. Border Street #130, Arlington, Texas 76010-7455 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| District/off: 0539-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 21, 2022 | Form ID: 318 | Total Noticed: 21 |

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 19650098 | ##+ | Dept. of Ed/Nelnet, PO Box 740283, Atlanta, GA 30374-0283 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 23, 2022          Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Behrooz P. Vida | on behalf of Debtor Lamonica Kaye Anderson filings@vidalawfirm.com  legalprokirstin@gmail.com;bkfilings@yahoo.com |
| Carla Reed Vida | on behalf of Debtor Lamonica Kaye Anderson filings@vidalawfirm.com  bkfilings@yahoo.com;legalprokirstin@gmail.com |
| John Dee Spicer | trusteedocs@chfirm.com  jds@trustesolutions.net |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 4